

ORIGINAL

FILED

01/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0699

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0699

---

TIFFANY HOUSE,

     Plaintiff and Appellee,

v.

DAVID E. ORR,

     Defendant and Appellant,

CONRAD COGGESHALL,

     Defendant.

ORDER

FILED

JAN 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant David E. Orr's opening brief filed on January 30, 2024, this Court has determined that the brief does not comply with Rule 10 and must be resubmitted.

M. R. App. P. 10(2) requires copies of all papers filed to be served on all other parties to the appeal or review. The brief was not served on Tiffany House or Conrad Coggeshall. The brief was served on the Supreme Court of Montana, which is not a party to this appeal. The brief and all future papers that are filed need to be served on Tiffany House and Conrad Coggeshall, or, if they obtain new counsel, on their counsel of record.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall serve copies of the brief on all parties of record and file a revised certificate of service with this Court.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised certificate of service.

The Clerk of this Court is directed to mail a true copy of this Order to David E. Orr.

DATED this 30th day of January 2024.

For the Court,

By _____
Justice